DOY
10/21/13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FILED ✓ | LODGED |
| RECEIVED | COPY |

OCT 21 2013
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,  Plaintiff(s)

8/25/68

v.

Dani Smith, aka Dani McLeod,

46373-048  Defendant(s).

CASE NUMBER:

CR 11-01210-ODW

13-04374M-001-PCT-MEA

## WARRANT FOR ARREST

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  Dani Smith, aka Dani McLeod,
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☐ Indictment
☐ Information  ☑ Order of Court  ☐ Violation Petition          ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)
Violation of Pretrial Release

in violation of Title  18  United States Code, Section(s)  3148

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | September 18, 2013   Los Angeles |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| /s/ Sheila English | By: Otis D. Wright, II |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED                              NAME OF ARRESTING OFFICER

DATE OF ARREST                             TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO                      SIGNATURE OF ARRESTING OFFICER

PS 8
6/11

# United States Pretrial Services

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S.A. vs. Dani Smith a.k.a., Dani McLeod　　　　DOCKET NO. CR 11-1210-ODW

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW GEORGE M. WALKER, CHIEF UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Dani Smith who was placed under pretrial release supervision by the Honorable Otis D. Wright, II, sitting in the court at Los Angeles, California, on the 12th day of August 2013, under the General Conditions of Release listed on the District Court's Release Order and Bond Form (CR-1) and the following additional conditions:

1. Pretrial Services' supervision.
2. Surrender passport or submit a declaration.
3. Travel restricted to the Central District of California.
4. Abide by order prohibiting contact with her children.
5. Do not use alcohol.
6. Do not use or possess any drugs.
7. Submit to drug testing and participate in a residential drug and/or alcohol treatment facility as directed by Pretrial Services and pay all or part of the cost for treatment based on your ability to pay, as determined by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on a separate sheet and attach.)

1. On September 13, 2013, the defendant left Tarzana Treatment Center and her whereabouts are presently unknown.

PRAYING THAT THE COURT WILL ORDER issuance of a Bench Warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Dani Smith before the United States District Court at Los Angeles, California, to show cause why her bond should not be revoked.

### ORDER OF THE COURT

Considered and ordered this 18th day of September 2013, and ordered filed and made a part of the records in the above case.

_____
The Honorable Otis D. Wright, II
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on September 18, 2013

_____
Adriana Corona-Buergo
Sr. U.S. Pretrial Services Officer

_____
Jamille Nicholas
Supervising U.S. Pretrial Services Officer

Place: Los Angeles, California